UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMED AMIR
A# 075-362-498
2100 S. Monroe St.
Arlington, VA 22204
Represented by:
Alexander W. Sierck
818 Connecticut Ave, NW
Suite 700
Washington, DC 20006
Volunteer Attorney for
Washington Lawyers' Committee
For Civil Rights

   Plaintiff,                                    CIVIL ACTION NO.:

  v.

DEPARTMENT OF HOMELAND SECURITY
U.S. Citizenship and Immigration Services
National Records Center, FOIA/PA Office
P.O. Box 648010
Lee's Summit, MO 64064-8010

   Defendant.

### COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *as amended*, to compel the production of records concerning the United States Citizenship and Immigration Services' denial of Mr. Mohamed Amir's request for permanent legal residence.

2. This Court has jurisdiction over this action and venue is proper pursuant to 5 U.S.C. § 552(a)(4)(B).

### Parties

3. Plaintiff Mr. Mohamed Amir ("Mr. Amir") is the requester of the withheld records.

4. Defendant Department of Homeland Security ("DHS"), U.S. Citizenship and Immigration Services, is an agency of the United States, and has possession of and control over the records that Plaintiff seeks.

*Statement of Facts*

5. By letter dated January 10, 2008 (copy attached), Mr. Mohamed Amir filed an FOIA request for copies of any and all documents referring or relating to his application for Adjustment of Status to Lawful Permanent Resident, application for Asylum, the material support exemption worksheet relevant to his case, and any other document contained in his file at DHS.

6. As per 5 U.S.C. § 552(a)(6)(A)(i), any agency receiving a conforming FOIA request must "determine within 20 days...after the receipt of any such request whether to comply with such request and shall immediately notify the person making such request of such determination and the reasons therefor..."

7. As of the date of this complaint, March 26, 2008, more than sixty days since Plaintiff's FOIA request, no notification has been received from DHS.

WHEREFORE, Plaintiff requests that this Court:

(1) Declare that Defendant's refusal to disclose the records requested by Plaintiff is unlawful;

(2) Order Defendant to make the requested records available to Plaintiff;

(3) Grant such other and further relief as this Court may deem just and proper.

Respectfully submitted,

Alexander W. Sierck
D.C. Bar No. 12096
Cameron & Hornbostel LLP
818 Connecticut Ave, N.W.
Suite 700
Washington, D.C. 20006
(202) 293-4690
Volunteer Attorney for
Washington Lawyers' Committee
For Civil Rights
Dated: March 26, 2008

Department of Homeland Security
United States Citizenship and Immigration Service
National Alien Record Center (NRC)
P.O. Box 648010
Lee's Summit, MO 64064-8010

January 10, 2008

To Whom It May Concern:

This is a request under the Freedom of Information Act.

I request that a copy of the following documents or, alternatively, documents containing the following information, be provided to me:

- Any and all document(s) referring or relating to my application for Adjustment of Status to Lawful Permanent Resident;
- Any and all document(s) referring or relating to my application for Asylum;
- Any and all document(s) referring or relating to the material support exemption worksheet relevant to my case; and
- Any document within my file at the Department of Homeland Security.

If, for any lawful reason, the Department of Homeland Security declines to release any of the above-described documents, I request that the Department of Homeland Security describe such document(s) and the specific reason(s) for the refusal.

Please send the above-requested documents and related correspondence to my legal counsel:

> Alexander W. Sierck, Esq.
> Cameron & Hornbostel LLP
> 818 Connecticut Avenue NW
> Suite 700
> Washington, D.C. 20006

Thank you for your consideration of this request.

Sincerely,

*Mohamed Amir*

Mohamed Amir
A# 075-362-498
P.O. Box 1023
Falls Church, VA 22041

District of Columbia : SS
Subscribed and Sworn to before me
this _18_ day of _January_, _2008_

_Yolanda A. Gonzalez_
Notary Public, D.C.
My commission expires _October 30, 2011_

7005 1820 0004 0051 0953

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Mr. Mohamed Amir | Department of Homeland Security<br>U.S. Citizenship and Immigration Services |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    88888<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF<br>LAND INVOLVED |
|---|---|

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Alexander W. Sierck - (202) 293-4690<br>Cameron & Hornbostel, LLP<br>818 Connecticut Ave, NW - Suite 700<br>Washington, DC 20006 | |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government
   Plaintiff

● 2 U.S. Government
   Defendant

○ 3 Federal Question
   (U.S. Government Not a Party)

○ 4 Diversity
   (Indicate Citizenship of
   Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place<br>of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place<br>of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a<br>Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

○ **A.** *Antitrust*

☐ 410 Antitrust

○ **B.** *Personal Injury/
Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C.** *Administrative Agency
Review*

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If
   Administrative Agency is Involved)

○ **D.** *Temporary Restraining
Order/Preliminary
Injunction*

Any nature of suit from any category may
be selected for this category of case
assignment.

*(If Antitrust, then A governs)*

○ **E.** *General Civil (Other)*    **OR**    ○ **F.** *Pro Se General Civil*

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or
   defendant
☐ 871 IRS-Third Party 26
   USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure
   of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational
   Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC
   Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced &
   Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/
   Exchange
☐ 875 Customer Challenge 12 USC
   3410
☐ 900 Appeal of fee determination
   under equal access to Justice
☐ 950 Constitutionality of State
   Statutes
☐ 890 Other Statutory Actions (if
   not administrative agency
   review or Privacy Act

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ⊙ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original
Proceeding   ○ 2 Removed
from State
Court   ○ 3 Remanded from
Appellate Court   ○ 4 Reinstated
or Reopened   ○ 5 Transferred from
another district
(specify)   ○ 6 Multi district
Litigation   ○ 7 Appeal to
District Judge
from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC § 552 . USCIS ignored a conforming written request to produce records concerning Plaintiff's application for legal permanent residence.

**VII. REQUESTED IN
COMPLAINT**   ☐ CHECK IF THIS IS A CLASS
ACTION UNDER F.R.C.P. 23   **DEMAND $** [_____]   Check YES only if demanded in complaint
**JURY DEMAND:**   YES ☐   NO ☒

**VIII. RELATED CASE(S)
IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE _3/26/08_   SIGNATURE OF ATTORNEY OF RECORD   _Armand C. Scala_

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.