AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/26/08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| DENNIS G. CLARK JR. | LEGAL ASSISTANT |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): AS DEFENDANT IS A U.S. GOVERNMENT AGENCY, DELIVERY OF THE SUMMONS & COMPLAINT WAS MADE BY CERTIFIED USPS MAIL (SEE AFFIDAVIT OF SERVICE) ON DEFENDANT AGENCY AS WELL AS THE U.S. ATTY GENERAL & THE U.S. ATTY FOR DC

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $5.55 x 3 = $16.65 | $16.65 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/26/08
    Date

Signature of Server

818 CONNECTICUT AVE
SUITE 700
WASHINGTON, DC 20006
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Mr. Mohamed Amir
_____
Plaintiff(s)

Civil Action No. 1:08-cv-00522

vs.

Department of Homeland Security - USCIS
_____
Defendant(s)

### AFFIDAVIT OF MAILING

I, Dennis G. Clark Jr._____, hereby state that:

On the 26th day of March, 2008, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

(1) Dept. of Homeland Security - USCIS, (2) U.S. Attorney for the District of Columbia, and (3) U.S. Attorney General

I have received the receipts for the certified mail, No.
(1) 7005 1820 0004 0051 0977
(2) 7005 1820 0004 0051 0984
(3) 7005 1820 0004 0051 0991

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the (2) 28th and (3) 31st day of March and (1) 10th of April, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

_____4/15/08_____                    _____(Signature)_____
(Date)                               (Signature)

(1)

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
ATTY IN CHARGE OF FOIA COMPLAINTS
DEPT. OF HOMELAND SECURITY
USCIS
NATIONAL RECORDS CTR, FOIA/PA OFFICE
P.O. BOX 648010
LEE'S SUMMIT MO 64064-8010

4a. Article Number
RETURN RECEIPT REQUESTED

4b. Service Type
☐ Registered        ☑ Certified
☐ Express Mail      ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
APR 10 2008

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X  NATIONAL RECORDS CENTER

PS Form **3811**, December 1994        Domestic Return Receipt

---

(3)

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
ATTY. IN CHARGE OF FOIA COMPLAINTS
U.S. ATTY GENERAL
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530

4a. Article Number
RETURN RECEIPT REQUESTED

4b. Service Type
☐ Registered        ☑ Certified
☐ Express Mail      ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

6. Signature: (Addressee or Agent) MAR 31 2008
X

8. Addressee's Address (Only if requested and fee is paid)
MAR 31 2008

PS Form **3811**, December 1994        Domestic Return Receipt

---

(2)

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
ATTY IN CHARGE OF FOIA COMPLAINTS
U.S. ATTY FOR DC
501 3rd ST, NW
WASHINGTON, DC 20001

4a. Article Number
RETURN RECEIPT REQUESTED

4b. Service Type
☐ Registered        ☑ Certified
☐ Express Mail      ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent) MAR 28 2008
X

Domestic Return Receipt