UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMED AMIR
A# 075-362-498
2100 S. Monroe St
Arlington, VA 22204

Plaintiff,

CIVIL ACTION NO.: 1:08-cv-00522

v.

DEPARTMENT OF HOMELAND SECURITY
U.S. Citizenship and Immigration Services
National Records Center, FOIA/PA Office
P.O. Box 648010
Lee's Summit, MO 64064-8010

Defendant.

## NOTICE OF FIRM NAME CHANGE

Please be advised that, effective April 21, 2008, Cameron & Hornbostel LLP, counsel to Plaintiff, has changed its name to <u>Cameron LLP</u>. Our address and telephone and fax numbers have not been affected by this change. However, while we can still receive emails at the domain name cameron-hornbostel.com, our preferred domain for future emails has changed to cameronllp.com.

Accordingly, enclosed please find an Attorney Address Correction Request noting the change in our firm's name. All other parties in this matter have been informed of the name change.

Please contact the undersigned with any questions you may have.

Sincerely,

*[signature]*

Alexander W. Sierck
CAMERON LLP
Volunteer Attorney for the
Washington Lawyers' Committee
For Civil Rights and Counsel to
Plaintiff

CO-1509 (Rev. 1/94)

# ATTORNEY ADDRESS CORRECTION REQUEST

**UNIT REPRESENTATIVE:**
☐ Add Attorney and address to system

**SYSTEMS OFFICE:**
☐ Firm moved to new address     ☐ Verified
☐ Address correction/modification
☐ Person Name change/correction
☒ Firm Name change/correction
☐ Create Flag:     ☐ Pro Bono     ☐ Pro Hac Vice
☐ Other: _____

**ATTORNEY (PRO SE) FIX SPECIALIST:**
☐ Pro Se moved to new address
☐ Attorney moved to new address
☐ Attorney has multiple addresses

**ATTORNEY ADMISSION OFFICE:**
☐ Create flag:
☐ Government     ☐ Gvt Not Certified     ☐ RTC Attorney
☐ Attorney listed with "provisional" flag
☐ Attorney listed with "incomplete" flag

---

Case No.: 1:08-cv-00522     ☒ Attorney     ☐ Pro Se
Bar ID No.: 12096     Prisoner ID No.: _____
Name: ALEXANDER W. SIERCK

**OLD ADDRESS:**

Office: CAMERON & HORNBOSTEL LLP

Unit: _____

Address: 818 CONNECTICUT AVE, NW
         SUITE 700

City: WASHINGTON     State: DC     Zip: 20006

Telephone: 202-293-4690

---

**NEW ADDRESS:**

Office: CAMERON LLP

Unit: _____

Address: 818 CONNECTICUT AVE, NW
         SUITE 700

City: WASHINGTON     State: DC     Zip: 20006

Telephone: 202-293-4690

COMMENTS: _____

DATE: _____     Deputy Clerk: _____