UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MOHAMED AMIR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-522 (RMC) |
| | ) | |
| **DEPARTMENT OF HOMELAND SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Department of Homeland Security, by counsel, respectfully moves for a six business day extension of time, to and including May 9, 2008, within which to respond to Plaintiff's complaint. Undersigned counsel spoke to counsel for Plaintiff, who consents to the requested extension of time.

For cause, Defendants states as follows:

1. The agency counsel assigned to this matter received the complaint in this case on Thursday April 24, 2008, and will require additional time to provide the information necessary to prepare a response.

2. Undersigned counsel has preexisting plans to be out of the office from May 1 through May 4.

3. Allowing a six business day enlargement of time from the present deadline of May 1, 2008 to May 9, 2008 will provide Defendant and counsel sufficient time to prepare a response to the complaint, and granting this brief enlargement of time would be in the interests of justice.

For the foregoing reasons, Defendant respectfully requests that this motion for an extension of time be granted.[1]

Dated: April 29, 2008

                                    Respectfully submitted,

                                    ___/s_/_____
                                    JEFFREY A. TAYLOR, D.C. BAR #498610
                                    United States Attorney

                                    __/s/_____
                                    RUDOLPH CONTRERAS, D.C. BAR #
                                    Assistant United States Attorney

                                    __/s/_____
                                    ALEXANDER D. SHOAIBI,
                                    Assistant United States Attorney
                                    501 Third Street, N.W., Rm E-4218
                                    Washington, D.C.  20530
                                    (202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this  29th   day of April, 2008, I caused the foregoing **Consent Motion for Extension of Time**  to be served on plaintiff's counsel through the ECF system.

  /s/
ALEXANDER D. SHOAIBI
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MOHAMED AMIR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-522 (RMC) |
| | ) | |
| **DEPARTMENT OF HOMELAND SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

**UPON CONSIDERATION** of Defendant's consent motion for extension of time to file a response to plaintiff's complaint, it is hereby **ORDERED** that the motion is **GRANTED**. Defendant shall file its response to the complaint in this case on or before May 9, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008.