FREDERICK SIMPICH
ALEXANDER W. SIERCK
DENNIS JAMES, JR.
MICHELE SHERMAN DAVENPORT

SENIOR COUNSEL:
DUNCAN H. CAMERON
WILLIAM KITCHELL INCE
THOMAS SILBIGER*

*NOT ADMITTED IN DC

CAMERON LLP
818 CONNECTICUT AVENUE, N.W.
WASHINGTON, D.C. 20006-2734

(202) 293-4690
FAX: (202) 293-1877
WWW.CAMERONLLP.COM

NEW YORK OFFICE:
230 PARK AVENUE, 10TH FL.
NEW YORK, N.Y. 10169
(646) 840-6666
FAX: (646) 735-3759

OF COUNSEL:
JOHN W. WILMER, JR.

CORRESPONDENTS:
LUIS ALBERTO ANINAT
  SANTIAGO, CHILE
APISITH JOHN SUTHAM
  BANGKOK, THAILAND

July 22, 2008

Clerk
United States District Court
For the District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

      RE: Mohamed Abdullah Amir v. US Department of Homeland Security
           Civil Action No. 82-cv-522 (RMC)

Dear Madam / Sir:

    Please be advised that Mr. Amir has made a slight change in this name. It is now Mohamed Abdullah Daweil Amer. Please see attached Motion for an order to modify the caption of this case to reflect this fact and copy of a Fairfax (Va.) Circuit Court Order to this effect dated July 17, 2008.

    Thank you.

                                   Very truly yours,

                                   Alexander W. Sierck
                                   Volunteer Counsel for
                                   Mohamed Abdullah Daweil Amer on behalf of the
                                   Washington Lawyers' Committee for Civil Rights

UNITED STATES DISTREICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMED AMIR )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY )<br>)<br>Defendant )<br>) | Civil Action No. 08-522 (RMC) |

### UNCONTESTED MOTION TO CHANGE NAME OF PLAINTIFF
### ON THE RECORD OF THIS PROCEEDING

Plaintiff recently changed his legal name from Mohamed Abdullah Amir to Mohamed Abdullah Daweil Amer and moves for an order to modify the caption of this case to reflect this fact. Mr. Alexander Shoaibi, Assistant US Attorney, does not object to this request. Attached is a Memorandum of Points and Authorities, a proposed order, and the certificate of service.

Respectfully submitted,

Alexander W. Sierck
CAMERON LLP
Counsel for Mohamed Abdullah Daweil Amer

July 22, 2008

UNITED STATES DISTREICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMED AMIR )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY )<br>)<br>Defendant ) | Civil Action No. 08-522 (RMC) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNCONTESTED MOTION TO CHANGE NAME OF PLAINTIFF ON THE RECORD OF THIS PROCEEDING

Plaintiff has changed his legal name from Mohamed Abdullah Amir to Mohamed Abdullah Daweil Amer. Attached is a copy of a July 17, 2008 order to this effect issued by the Fairfax (Virginia) Circuit Court.

The Assistant US Attorney assigned to this case, Alexander Shoaibi, stated on July 21, 2008 that he does not object to this motion.

For purposes of the caption in this case, to reduce potential confusion, plaintiff requests that it now be as follows: Mohamed Amer a/k/a Mohamed Amir.

Respectfully submitted,

*[signature]*

Alexander W. Sierck
CAMERON LLP
Counsel for Mohamed Abdullah Daweil Amer

July 22, 2008

# VIRGINIA

## FAIRFAX CIRCUIT COURT



In the matter of the change of name of _Mohamed Abdullah Amir_  
to _Mohamed Abdullah Daweil Amer_

Civil No. __2008  7195__

## FINAL ORDER

This day came the petitioner, seeking to change his name.

IT APPEARING to the Court that:

The current address of the petitioner, including street, city and state of residence is _2534 Kirklyn St, Falls Church, VA 22043_.

The petitioner has never previously had a change of name.

**ADJUDGED, ORDERED and DECREED** that the name of the petitioner is hereby changed from _Mohamed Abdullah Amir_ to _Mohamed Abdullah Daweil Amer_, and further

**ADJUDGED, ORDERED, and DECREED** that the Clerk of this Court, pursuant to the provisions of Virginia Code §8.01-217 shall spread this order upon the current deed book, index it in both the old and new names, and transmit a certified copy to both the State Registrar of Vital Statistics and the Criminal Records Exchange.

Entered this __17__ day of __July__, 20__08__.

_Leslie Alden_  
JUDGE

I ASK FOR THIS:

_Mohamed Amir_  
Signature of Petitioner(s)

A COPY TESTE:  
JOHN T. FREY, CLERK  
BY: _Claudette Alden_  
Deputy Clerk  
Date: _7-16-2007_  
Original retained in the office of the Clerk of the Circuit Court of Fairfax County, Virginia

UNITED STATES DISTREICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMED AMIR | ) | |
| Plaintiff | ) ) ) | |
| | ) | Civil Action No. 08-522 (RMC) |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY | ) ) ) | |
| Defendant | ) ) | |

### **ORDER**

Upon the uncontested motion of the plaintiff, the new caption for plaintiff in this case is Mohamed Amer a/k/a Mohamed Amir.

_____
Judge, United States District Court

Dated: _____

UNITED STATES DISTREICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 08-522 (RMC)

**CERTIFICATE OF SERVICE**

The following party has been served with a copy of this motion by means of First Class Mail.

Alexander D. Shoaibi,
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

July 22, 2008
Date

Alexander W. Sierck