UNITED STATES DISTREICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMED AMIR )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY )<br>)<br>Defendant )<br>) | Civil Action No. 08-522 (RMC) |

## UNCONTESTED MOTION TO CHANGE NAME OF PLAINTIFF
## ON THE RECORD OF THIS PROCEEDING

Plaintiff recently changed his legal name from Mohamed Abdullah Amir to Mohamed Abdullah Daweil Amer and moves for an order to modify the caption of this case to reflect this fact. Mr. Alexander Shoaibi, Assistant US Attorney, does not object to this request. Attached is a Memorandum of Points and Authorities, a proposed order, and the certificate of service.

Respectfully submitted,

Alexander W. Sierck
CAMERON LLP
Counsel for Mohamed Abdullah Daweil Amer

July 22, 2008

UNITED STATES DISTREICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMED AMIR                    )
                                )
     Plaintiff                  )
                                )   Civil Action No. 08-522 (RMC)
v.                              )
                                )
UNITED STATES DEPARTMENT OF     )
HOMELAND SECURITY               )
                                )
     Defendant                  )

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
UNCONTESTED MOTION TO CHANGE NAME OF PLAINTIFF
ON THE RECORD OF THIS PROCEEDING**

Plaintiff has changed his legal name from Mohamed Abdullah Amir to Mohamed Abdullah Daweil Amer. Attached is a copy of a July 17, 2008 order to this effect issued by the Fairfax (Virginia) Circuit Court.

The Assistant US Attorney assigned to this case, Alexander Shoaibi, stated on July 21, 2008 that he does not object to this motion.

For purposes of the caption in this case, to reduce potential confusion, plaintiff requests that it now be as follows: Mohamed Amer a/k/a Mohamed Amir.

Respectfully submitted,

*[signature]*

Alexander W. Sierck
CAMERON LLP
Counsel for Mohamed Abdullah Daweil Amer

July 22, 2008

# VIRGINIA

## FAIRFAX CIRCUIT COURT



In the matter of the change of name of **Mohamed Abdullah Amir**   Civil No. **2008 7195**
to **Mohamed Abdullah Daweil Amer**

### FINAL ORDER

This day came the petitioner, seeking to change his name.

IT APPEARING to the Court that:

The current address of the petitioner, including street, city and state of residence is **2534 Kirklyn St, Falls Church, VA 22043**.

The petitioner has never previously had a change of name.

**ADJUDGED, ORDERED and DECREED** that the name of the petitioner is hereby changed from **Mohamed Abdullah Amir** to **Mohamed Abdullah Daweil Amer**, and further

**ADJUDGED, ORDERED, and DECREED** that the Clerk of this Court, pursuant to the provisions of Virginia Code §8.01-217 shall spread this order upon the current deed book, index it in both the old and new names, and transmit a certified copy to both the State Registrar of Vital Statistics and the Criminal Records Exchange.

Entered this **17** day of **July**, **2008**.

_____
JUDGE

I ASK FOR THIS:

_____
Signature of Petitioner(s)

A COPY TESTE:
JOHN T. FREY, CLERK
BY: _Claudette Alcon_
Deputy Clerk
Date: 7-16-2007
Original retained in the office of the Clerk of the Circuit Court of Fairfax County, Virginia

UNITED STATES DISTREICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMED AMIR ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 08-522 (RMC) |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY ) | |
| ) | |
| Defendant ) | |

## **ORDER**

Upon the uncontested motion of the plaintiff, the new caption for plaintiff in this case is Mohamed Amer a/k/a Mohamed Amir.

_____
Judge, United States District Court

Dated: _____

UNITED STATES DISTREICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 08-522 (RMC)

**CERTIFICATE OF SERVICE**

The following party has been served with a copy of this motion by means of First Class Mail.

Alexander D. Shoaibi,
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

_____          _____
Date   July 22, 2008              Alexander W. Sierck